IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JOHN L. BUTLER,
REG. #12790-076                                                          PETITIONER

VS.                              2:07CV00061WRW/HLJ

BRUCE PEARSON                                                        RESPONDENT

ORDER

Petitioner has submitted what the Court has determined to be a duplicative petition to

his previously filed habeas case, Butler v. Sanders, 2:07cv00041.  Pursuant to Aziz v. Burrows,

976 F.2d 1158 (8th Cir. 1992), the present petition should be dismissed.   Accordingly,

IT IS, THEREFORE, ORDERED that the pending petition for habeas corpus relief is

hereby DISMISSED.

IT IS FURTHER ORDERED that Clerk of the Court is hereby directed to copy the

"Appendix of Records" submitted by petitioner, and enter them as "Exhibits" in Butler v.

Sanders, 2:07cv00041.

IT IS SO ORDERED this 4th day of June, 2007.


                                         /s/Wm. R. Wilson, Jr.
                                         UNITED STATES DISTRICT JUDGE